Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−30009−VFP
                Chapter:  7
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ramon C Antigua                                    Lexy Cuadros
   1614 86th Street                                       1614 86th Street
   North Bergen, NJ 07047                      North Bergen, NJ 07047
Social Security No.:
   xxx−xx−4894                                         xxx−xx−2441
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/9/18 at 10:00 AM

to consider and act upon the following:

*14* − Objection to Debtor's Claim of Exemptions filed by Steven P. Kartzman on behalf of Steven P. Kartzman. (Attachments: # 1 Proposed Order) (Kartzman, Steven)


Dated: 11/30/17

                                                                                  Jeanne Naughton
                                                                                  Clerk, U.S. Bankruptcy Court