Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−30009−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ramon C Antigua                           Lexy Cuadros
   1614 86th Street                          1614 86th Street
   North Bergen, NJ 07047                    North Bergen, NJ 07047

Social Security No.:
   xxx−xx−4894                               xxx−xx−2441

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/9/18 at 10:00 AM

to consider and act upon the following:

*21* − Objection to Debtor's Claim of Exemptions filed by Steven P. Kartzman on behalf of Steven P. Kartzman. (Attachments: # 1 Proposed Order) (Kartzman, Steven)

Dated: 12/20/17

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30009-VFP
Ramon C Antigua                                                           Chapter 7
Lexy Cuadros
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Dec 20, 2017
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db/jdb         +Ramon C Antigua,    Lexy Cuadros,   1614 86th Street,    North Bergen, NJ 07047-4321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2017 22:38:22
                Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,   PO BOX 41021,
                Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              Michelle   Labayen    on behalf of Debtor Ramon C Antigua njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Michelle   Labayen    on behalf of Joint Debtor Lexy  Cuadros njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5