

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
By: Steven P. Kartzman, Esq.
(973) 267-0220
*Attorneys for Trustee, Steven P. Kartzman*

In Re:

**RAMON C. ANTIGUA and**
**LEXY CUADROS,**

                        Debtors.

Order Filed on January 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-30009 VFP

Adv. No.:  N/A

Hearing Date:  ~~N/A~~ January 9, 2018

Judge:  Honorable Vincent F. Papalia

# ORDER FIXING DEBTORS' EXEMPTION CLAIMS

The relief set forth on the following page, number two (2), is hereby **ORDERED**.

**DATED: January 12, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)

| | |
|---|---|
| Debtor: | **RAMON C. ANTIGUA and LEXY CUADROS** |
| Case No.: | **17-30009 VFP** |
| Caption of Order: | **ORDER FIXING DEBTORS' EXEMPTION CLAIMS** |

---

This matter having come before the Court on the objection of Mellinger, Sanders & Kartzman, LLC, attorneys for Trustee, Steven P. Kartzman, and notice having been given to the Debtors through their attorney, and the Court having heard any objections thereto, and good cause having been shown, it is hereby

ORDERED that

1) As to 1614 86th Street, only Debtor Lexy Cuadros is entitled to the maximum allowed exemption under (d)(1) totaling no more than $23,675.00, and

2) The Debtors may not claim any exemption as to Unit 2H as it is not their residence.