**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
By: Steven P. Kartzman, Esq.
(973) 267-0220
*Attorneys for Trustee, Steven P. Kartzman*

In Re:

**RAMON C. ANTIGUA and**
**LEXY CUADROS,**

                                   Debtors.

**Order Filed on January 12, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 17-30009 VFP

Adv. No.: N/A

Hearing Date: ~~N/A~~ January 9, 2018

Judge: Honorable Vincent F. Papalia

# ORDER FIXING DEBTORS' EXEMPTION CLAIMS

The relief set forth on the following page, number two (2), is hereby **ORDERED**.

**DATED: January 12, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)

| | |
|---|---|
| Debtor: | **RAMON C. ANTIGUA and LEXY CUADROS** |
| Case No.: | **17-30009 VFP** |
| Caption of Order: | **ORDER FIXING DEBTORS' EXEMPTION CLAIMS** |

This matter having come before the Court on the objection of Mellinger, Sanders & Kartzman, LLC, attorneys for Trustee, Steven P. Kartzman, and notice having been given to the Debtors through their attorney, and the Court having heard any objections thereto, and good cause having been shown, it is hereby

ORDERED that

1)  As to 1614 86th Street, only Debtor Lexy Cuadros is entitled to the maximum allowed exemption under (d)(1) totaling no more than $23,675.00, and

2)  The Debtors may not claim any exemption as to Unit 2H as it is not their residence.

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-30009-VFP
Ramon C Antigua　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
Lexy Cuadros
　　　　Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　　User: admin　　　　　　Page 1 of 1　　　　　　Date Rcvd: Jan 12, 2018
　　　　　　　　　　　　　Form ID: pdf903　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db/jdb　　　　+Ramon C Antigua,　 Lexy Cuadros,　 1614 86th Street,　 North Bergen, NJ 07047-4321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
　　　　Jill   Manzo　　 on behalf of Creditor　 JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
　　　　 bankruptcy@feinsuch.com
　　　　Michelle   Labayen　　 on behalf of Debtor Ramon C Antigua njchapter7@gmail.com,
　　　　 benitezgiovanna@gmail.com
　　　　Michelle   Labayen　　 on behalf of Joint Debtor Lexy  Cuadros njchapter7@gmail.com,
　　　　 benitezgiovanna@gmail.com
　　　　Rebecca Ann Solarz　　 on behalf of Creditor　 Toyota Motor Credit Corporation
　　　　 rsolarz@kmllawgroup.com
　　　　Steven P. Kartzman　　 kartztee@optonline.net,
　　　　 jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
　　　　U.S. Trustee　　 USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6