UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mellinger, Sanders & Kartzman, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
Attorneys for Trustee
Steven P. Kartzman, Esq.

**Order Filed on January 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

RAMON C. ANTIGUA and LEXY CUADROS,

Case No.: _____17-30009-VFP_____

Chapter: _____7_____

Judge: _____Vincent F. Papalia_____

## ORDER AUTHORIZING RETENTION OF

ATTORNEY
_____

The relief set forth on the following page is **ORDERED**.

**DATED: January 17, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain __Mellinger, Sanders & Kartzman, LLC__

as _____Attorney_____ , it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: __101 Gibraltar Drive, Suite 2F__

    __Morris Plains, NJ 07950__

    _____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                  Case No. 17-30009-VFP
Ramon C Antigua                                         Chapter 7
Lexy Cuadros
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Jan 17, 2018
                              Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db/jdb          +Ramon C Antigua,   Lexy Cuadros,   1614 86th Street,   North Bergen, NJ 07047-4321

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
          Jill  Manzo    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Michelle  Labayen    on behalf of Debtor Ramon C Antigua njchapter7@gmail.com,
           benitezgiovanna@gmail.com
          Michelle  Labayen    on behalf of Joint Debtor Lexy  Cuadros njchapter7@gmail.com,
           benitezgiovanna@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 6