UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-30009  VFP |
| RAMON ANTIGUA and | Chapter: | 7 |
| LEXY CUADROS | Judge: | Vincent F. Papalia |

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    U.S. Bankruptcy Court
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on April 10, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:   1) 1614 86th St., North Bergen, NJ;    2) 199 & 205 Bergen Tpke., #2H, Ridgefield Park, NJ; Co-Debtor holds 50% interest
>
> Valued at about 1) $368,000;   2) $72,000
>
> Less about 10% costs of sale

> Liens on property:  1) $319,623;  2) $72,763

> Amount of equity claimed as exempt:   1) $11,577;   2) $0

Objections must be served on, and requests for additional information directed to:

Name:         */s/ Steven P. Kartzman*

Address:       101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-30009-VFP
Ramon C Antigua                                                                                 Chapter 7
Lexy Cuadros
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2                  Date Rcvd: Mar 09, 2018
                              Form ID: pdf905            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
```
db/jdb         +Ramon C Antigua,    Lexy Cuadros,    1614 86th Street,    North Bergen, NJ 07047-4321
aty            +Mellinger, Sanders & Kartzman, LLC,     101 Gibtaltar Drive, Suite 2F,
                 Morris Plains, NJ 07950-1287
aty            +Mellinger, Sanders & Kartzman, LLC,     101 Gibraltar Drive,   Suite 2F,
                 Morris Plains, NJ 07950-1287
517101030      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517101031      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517101033      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517101034      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
517101036      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517101037      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517101039      +Dolores Molina,    Law Offices of Douglas J. Fleisher,    2035 Kennedy Blvd.,
                 North Bergen, NJ 07047-6362
517101040      +Equifax,   POB 740241,    Atlanta, GA 30374-0241
517101041      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517101043      +Law Offices of Douglas J. Fleisher,    2035 Kennedy Blvd.,    North Bergen, NJ 07047-6362
517101045      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517101046      +Plinio Cuadros,    1614 86th Street,    North Bergen, NJ 07047-4321
517101047      +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517101051     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,      Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
517101052       TransUnion,    POB 2000,    Crum Lynne, PA 19022
517101053      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2018 00:04:24      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2018 00:04:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:43
                 Synchrony Bank c/o PRA Receivables Management, LLC,     Valerie Smith,   PO BOX 41021,
                 Norfolk, VA 23541-1021
517101032      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 10 2018 00:01:29
                 Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517111202      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 10 2018 00:01:25
                 Capital One Auto Finance,    Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
517101035      +Fax: 602-659-2196 Mar 10 2018 00:14:55      Chex System,    7805 Hudson Road,   suite 100,
                 Saint Paul, MN 55125-1703
517101038      +E-mail/Text: mrdiscen@discover.com Mar 10 2018 00:03:44      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517101042      +E-mail/Text: cio.bncmail@irs.gov Mar 10 2018 00:04:01      Internal Revenue Service,
                 P.O. Box 804527,   Cincinnati, OH 45280-4527
517101044      +E-mail/PDF: pa_dc_claims@navient.com Mar 10 2018 00:01:29      Navient,   Attn: Bankruptcy,
                 Po Box 9500,   Wilkes-Barr, PA 18773-9500
517101048      +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:00:59      Syncb/Ashley Homestore,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517101049      +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:00      Syncb/Mattress Firm I,
                 Po Box 965064,   Orlando, FL 32896-5064
517104165      +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:20      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517101050      +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:20      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Mar 09, 2018
                              Form ID: pdf905            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              Jill   Manzo     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Michelle   Labayen     on behalf of Debtor Ramon C Antigua njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Michelle   Labayen     on behalf of Joint Debtor Lexy  Cuadros njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```